IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **OCTAVIOUS WILLIAMS,** | : | |
| **Plaintiff,** | : | |
| VS. | : | NO. 5:17-cv-00274-CAR-TQL |
| **Warden ANTOINE G. CALDWELL,** | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER OF DISMISSAL

Plaintiff Octavious Williams, an inmate in Ware State Prison in Waycross, Georgia, filed a *pro se* complaint in this Court pursuant to 42 U.S.C. § 1983. Compl., ECF No. 1. He also filed a motion for leave to proceed without prepayment of the filing fees. Mot. for Leave to Proceed *In Forma Pauperis*, ECF No. 2. Plaintiff did not, however, sign either of these filings. Therefore, on July 17, 2017, Plaintiff was notified of the requirement that all pleadings, motions, and other papers be signed. At that time, Plaintiff's documents were returned to him, and Plaintiff was given twenty-one days to sign and return the documents to this Court. Plaintiff was informed that his failure to comply may result in the dismissal of his Complaint.

Plaintiff failed to comply with the notice, and thus, on September 5, 2017, Plaintiff was ordered to show cause why his Complaint should not be dismissed for failure to sign and resubmit his documents. Order to Show Cause, ECF No. 6. Plaintiff was given fourteen days to respond and was again warned that his failure to respond would result in the dismissal of his action. *Id.* To date, Plaintiff has failed to respond to the Order to

Show Cause.

Because Plaintiff has failed to respond to this Court's order or otherwise prosecute his case, his Complaint is **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order." (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978))).

**SO ORDERED**, this 12th day of October, 2017.

S/ C. Ashley Royal<br>
C. ASHLEY ROYAL, SENIOR JUDGE<br>
UNITED STATES DISTRICT COURT